**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22 B 01919 |
|    Larry D. Doyle | ) | |
|    Brenda S. Doyle | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor | ) | Chapter 13 |

**NOTICE OF AMENDED MOTION**

TO:  **Chapter 13 Trustee Marilyn O. Marshall**, 224 South Michigan, Suite 800, Chicago, IL 60604, via electronic court notification;

**Larry D. Doyle and Brenda S. Doyle**, 20024 Overland Trail, Olympia Fields, IL 60461, and

See Attached List.

PLEASE TAKE NOTICE that on March 10, 2022, at 1:30 p.m., I will appear before the Honorable Timothy A. Barnes or any judge sitting in that judge's place, and present the AMENDED motion of Debtor to Extend the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and Password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-01919<br>Northern District of Illinois<br>Eastern Division<br>Tue Feb 22 07:48:30 CST 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ally<br>PO BOX 380902<br>Minneapolis, MN 55438-0902 |
| Carrington Mortgage<br>1610 E Saint Andrew Place Sutie B15<br>Santa Ana, CA 92705-4941 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Chicago<br>c/o Arnold Scott Harris PC<br>111 W Jackson Ste 600<br>Chicago, IL 60604-3517 |
| Dyck Oneal Inc<br>3214 W Park Row Dr<br>Pantego, TX 76013-3136 | Dyck-ONeal, Inc<br>PO Box 601549<br>Dallas, TX 75360-1549 | IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Brenda S Doyle<br>20024 Overland Trail<br>Olympia Fields, IL 60461-1117 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Larry D Doyle<br>20024 Overland Trail<br>Olympia Fields, IL 60461-1117 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Auto Finance<br>PO Box 78067<br>Phoenix, AZ 85062 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Portfolio Recovery Assoc<br>PO BOX 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)IRS<br>Centralized Insolvency Operation<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                   17 |

## PROOF OF SERVICE

      I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 305, Skokie, IL 60077 on March 10, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

*/s/ David Freydin*
Attorney for Debtor
The Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

**IN THE UNITED STATES BANKRUPTCY
COURTFOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21 B 07987 |
|    Larry D. Doyle & | ) | |
|    Brenda S. Doyle | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor | ) | Chapter 13 |

### DEBTORS' AMENDED MOTION TO EXTEND THE AUTOMATIC STAY

NOW COME Larry D. Doyle and Brenda S. Doyle, the Debtors, by and through theirattorney, The Law Offices of David Freydin, and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. That the Debtors have been in one prior case in the last twelve months.

2. That the Debtors filed a prior Chapter 13, case 21 B 07987 on June 30, 2021, which wasdismissed September 30, 2021, for Unreasonable Delay.

3. That in the previous case, the Debtors were unable to attend the 341 Meeting of Creditorsdue to staffing issues at their place of work.

4. That some of the staff at their work were infected with COVID-19, leaving them short-handed and not being allowed to leave the children unattended at school for personal reasons.

5. That as a result of the scheduling issues, the Chapter 13 Trustee dismissed their case on September 30, 2021.

6. That in the current case, the Debtors are both healthy, the school staff and students arehealthy and are following the CDC guidelines.

7. That the Debtors will ensure their attendance is priority at the meeting of creditors and can afford the Chapter 13 plan payments along with their monthly mortgage

    paymentsand regular monthly expenses.

8. That the Debtors have agreed to have their payments automatically deducted from theirpayroll per pay period.

9. That the Debtors are in a position to proceed and have filed this case in good faith.

WHEREFORE, Larry D. Doyle and Brenda S. Doyle, the Debtors, pray this Honorable Court forthe following relief:

    A. That this Honorable Court extend the automatic stay as for the reasons as set forth above;

    B. For such other and further relief this Court deems just and proper.

    Respectfully Submitted,

    */s/ David Freydin*
    Attorney for Debtor
    The Law Offices of David Freydin
    8707 Skokie Blvd., Suite 312
    Skokie, IL 60077
    630.516.9990