IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22 B 01919 |
| Larry D. Doyle ) | |
| Brenda S. Doyle ) | Honorable Timothy A Barnes |
| ) | |
| Debtor(s) ) | Chapter 13 |

## NOTICE OF MOTION

TO: **Chapter 13 Trustee Marilyn O. Marshall**, 224 South Michigan, Suite 800, Chicago, IL 60604, via electronic court notification;

**Carrington Mortgage**, 1610 E Saint Andrew Place, Suite B15, Santa Ana, CA 92705, via U.S. Mail;

**Chase Auto Finance**, PO Box 78067, Phoenix, AZ 85062, via U.S. Mail;

**Portfolio Recovery Associates**, PO Box 41067, Norfolk, VA 23541, via U.S. Mail;

**Internal Revenue Service**, PO Box 7346, Philadelphia, PA 19101-7346, via U.S. Mail;

**Larry D. Doyle and Brenda S. Doyle**, 20024 Overland Trail, Olympia Fields, IL 60461, via U.S. Mail; and

See Attached List.

PLEASE TAKE NOTICE that on March 17, 2022, at 1:30 p.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion of Debtor to Impose the Stay, a copy of which is attached.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

      To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

      Meeting ID and password. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

      If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

      I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 305, Skokie, IL 60077 on March 10, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

*/s/ David Freydin*
Attorney for Debtor
The Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-01919<br>Northern District of Illinois<br>Eastern Division<br>Tue Feb 22 07:48:30 CST 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ally<br>PO BOX 380902<br>Minneapolis, MN 55438-0902 |
| Carrington Mortgage<br>1610 E Saint Andrew Place Sutie B15<br>Santa Ana, CA 92705-4941 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Chicago<br>c/o Arnold Scott Harris PC<br>111 W Jackson Ste 600<br>Chicago, IL 60604-3517 |
| Dyck Oneal Inc<br>3214 W Park Row Dr<br>Pantego, TX 76013-3136 | Dyck-ONeal, Inc<br>PO Box 601549<br>Dallas, TX 75360-1549 | IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Brenda S Doyle<br>20024 Overland Trail<br>Olympia Fields, IL 60461-1117 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Larry D Doyle<br>20024 Overland Trail<br>Olympia Fields, IL 60461-1117 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Auto Finance<br>PO Box 78067<br>Phoenix, AZ 85062 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Portfolio Recovery Assoc<br>PO BOX 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)IRS<br>Centralized Insolvency Operation<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                  17 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22 B 01919 |
| Larry D. Doyle & ) | |
| Brenda S. Doyle ) | Honorable Timothy A Barnes |
| ) | |
| Debtor(s) ) | Chapter 13 |

## DEBTORS' MOTION TO IMPOSE THE STAY

NOW COME Larry D. Doyle and Brenda S. Doyle, the Debtors, by and through their attorney, David Freydin, and move this Honorable Court to impose the stay, and in support thereof state as follows:

1. That the Debtors have been in two case in the last twelve months.

2. That the Debtors Chapter 13 case 19 B 12207 on April 28, 2019, which was dismissed on February 22, 2021.

3. That case 19 B 12207 was confirmed on July 29, 2019.

4. That approximately seven months after confirmation, the COVID-19 outbreak caused Debtors to lose significant amounts of income.

5. That as a result of the loss of income, Debtors fell behind on their Chapter 13 plan payments and mortgage payments.

6. That despite their best efforts, Debtors were unable to cure the default and the Chapter 13 Trustee dismissed their case on February 22, 2021.

7. That the Debtors filed a prior Chapter 13, case 21 B 07987 on June 30, 2021, which was dismissed September 30, 2021 for Unreasonable Delay.

8. That in case 21 B 07987, the Debtors, were unable to attend the 341 Meeting of Creditors due to staffing issues at their place of work.

9. That throughout the pendency of case 21 B 07987, Debtors' staff was repeatedly infected with or exposed to COVID-19. These infections and exposures forced Debtors' staff to be absent from work, leaving the business seriously shorthanded. Debtors would have had to close their business or leave their students unattended in order to attend their 341 meetings and that was not possible.

10. That as a result of their scheduling issues, the Chapter 13 Trustee dismissed their case on September 30, 2021.

11. That in this case, both Debtors are healthy, the school staff and students are healthy, and are following the CDC guidelines. The current CDC guidelines do not impose the strict quarantine/prevention measures as in Debtors' prior cases.

12. That the Debtors ensure their attendance is priority at the meeting of creditors and can afford the Chapter 13 plan payments along with their monthly mortgage payments and regular monthly expenses.

13. That the Debtors have agreed to payroll control and have already tendered their first mortgage payment in certified funds to their attorney.

14. That the Debtors are in a position to proceed and has filed this case in good faith.

WHEREFORE, Larry D. Doyle and Brenda S. Doyle, the Debtors, pray this Honorable Court for the following relief:

A. That this Honorable Court imposes the automatic stay as for the reasons as set forth above;

B. For such other and further relief this Court deems just and proper.

Respectfully Submitted,

*/s/ David Freydin*
Attorney for Debtor
The Law Offices of David Freydin
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
630.516.9990